# Court of Appeals
# of the State of Georgia

ATLANTA, June 12, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2010.  ANNE RICHARDS et al. v. SAM OLENS et al.**

In November 2016, the trial court dismissed the complaint filed by Anne Richards and several others (hereinafter the "plaintiffs"), attempting to undo the election of Sam Olens as president of Kennesaw State University. The plaintiffs filed a motion to strike an affidavit and motion to set aside the trial court's judgment based on fraud and mistake. The trial court denied the motion, and the plaintiffs filed this direct appeal. We, however, lack jurisdiction.

Under OCGA § 9-11-60 (d), a judgment may be set aside based on (1) lack of jurisdiction, (2) fraud, accident, or mistake by the adverse party, or (3) a non-amendable defect on the face of the record of pleadings. Although the motion filed by the plaintiffs does not include a reference to OCGA § 9-11-60 (d), the substance of a pleading controls over its nomenclature. See *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010) (in construing pleadings, substance controls over nomenclature). An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary review. OCGA § 5-6-35 (a) (8). The plaintiffs properly filed a discretionary application, which we denied. See Case No. A18D0324, denied February 27, 2018. Because that

denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260- 261 (1) (649 SE2d 313) (2007). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  06/12/2019*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*